| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Emerson O. Williams Sr. <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2543 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Earnestine Williams <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3358 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–34446–JNP | | |

# Order of Discharge                                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Emerson O. Williams Sr.                                  Earnestine Williams

   2/11/21                                                  **By the court:** Jerrold N. Poslusny Jr.
                                                                              United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 17-34446-JNP

Emerson O. Williams, Sr.                                                                      Chapter 13

Earnestine Williams

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: 3180W | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Emerson O. Williams, Sr., Earnestine Williams, 433 South Avenue, Bridgeton, NJ 08302-3245 |
| 517212146 | + | AES/NCT, PO Box 61047, Harrisburg, PA 17106-1047 |
| 517212148 | + | Apex Asset Management, 2501 Oregon Pike Ste 120, c/o center for diagnostic imaging, Lancaster, PA 17601-4890 |
| 517212149 | + | Apex Asset Management, 2501 Oregon Pike Ste 102, c/o center for diagnostic imaging, Lancaster, PA 17601-4890 |
| 517212154 | + | Chirag S. Shah, 251 S. Lincoln Ave., Vineland, NJ 08361-7802 |
| 517212157 | | Cooper University Health Care, P.O Box 95000-4645, Philadelphia, PA 19195-4345 |
| 517313395 | + | Eye Associates, 251 S. Lincoln Ave., Vineland, NJ 08361-7802 |
| 517212164 | + | Inspira Medical Group, 1120 Delsea Dr North, Glassboro, NJ 08028-1444 |
| 517212168 | | Island Seas Resorts, PO Box F44735, Freeport Grand Bahamas |
| 517289837 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517212172 | + | Midland Mortgage Company, Po Box 268959, Oklahoma City, OK 73126-8959 |
| 517212173 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 517212175 | | Quest Diagnostics, Po Box 740775, Cincinnati, OH 45274-0775 |
| 517212176 | | Receivables Outsourcing Inc, Po Box 62850, c/o Bridgeton Health Center, Baltimore, MD 21264-2850 |
| 517212177 | ++++ | SPECIALIZED LOAN SVCG, PO BOX 266005, LITTLETON CO 80163-6005 address filed with court:, Specialized Loan Svcg, PO Box 266005, Littleton, CO 80163 |
| 517212178 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518429700 | +++ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517212181 | + | The Bureaus, 650 Dundee Rd Suite 370, c/o Capital One, Northbrook, IL 60062-2757 |
| 517237479 | + | The Bureaus, Inc., c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517212182 | | Trojan Professional Ser, P.O. Box 1270, c/o Millville Family Dentistry, Los Alamitos, CA 90720-1270 |
| 517514963 | + | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517212184 | + | Woo Kwang Song, MD, 1458 W Landis Ave Ste 1, Vineland, NJ 08360-3412 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 11 2021 22:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2021 22:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517262370 | + | EDI: CBS7AVE | Feb 12 2021 01:43:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

Case 17-34446-JNP    Doc 34    Filed 02/13/21    Entered 02/14/21 00:22:10    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: 3180W | Total Noticed: 52 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517271468 | + | EDI: PRA.COM | Feb 12 2021 01:43:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517212151 | + | Email/Text: clientrep@capitalcollects.com | Feb 11 2021 22:11:00 | Capital Collections, PO Box 150, c/o Cohanzick Orthopedics, West Berlin, NJ 08091-0150 |
| 517212152 | + | EDI: CAPITALONE.COM | Feb 12 2021 01:43:00 | Capital One, PO Box 30281, Salt Lake, UT 84130-0281 |
| 517256249 | | EDI: CAPITALONE.COM | Feb 12 2021 01:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517212153 | | EDI: CAPITALONE.COM | Feb 12 2021 01:43:00 | Capital One Bank Usa, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517319036 | | EDI: BL-BECKET.COM | Feb 12 2021 01:43:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517256250 | | EDI: CAPITALONE.COM | Feb 12 2021 01:43:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517212155 | | EDI: WFNNB.COM | Feb 12 2021 01:43:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 517212156 | + | EDI: WFNNB.COM | Feb 12 2021 01:43:00 | ComenityCapitalBank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 517212158 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 11 2021 22:28:31 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 517212160 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 11 2021 22:10:00 | Dept Of Ed/Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 517212162 | + | EDI: AMINFOFP.COM | Feb 12 2021 01:43:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517212167 | | EDI: IRS.COM | Feb 12 2021 01:43:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 517212169 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 11 2021 22:08:00 | Kohls Department Store, Po Box 3115, Milwaukee, WI 53201-3115 |
| 517329264 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2021 22:35:30 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517328435 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 11 2021 22:27:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517212170 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 11 2021 22:27:48 | Merrick Bank, PO BOx 9201, Old Bethpage, NY 11804-9001 |
| 517289837 | + | EDI: AISMIDFIRST | Feb 12 2021 01:43:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517212171 | + | EDI: MID8.COM | Feb 12 2021 01:43:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 517212172 | + | EDI: AISMIDFIRST | Feb 12 2021 01:43:00 | Midland Mortgage Company, Po Box 268959, Oklahoma City, OK 73126-8959 |
| 517262595 | + | EDI: CBS7AVE | Feb 12 2021 01:43:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517212174 | | EDI: PRA.COM | Feb 12 2021 01:43:00 | Portfolio Recovery, 120 Corporate Blvd STE 100, Norfolk, VA 23502 |
| 517237988 | | EDI: PRA.COM | Feb 12 2021 01:43:00 | Portfolio Recovery Associates, LLC, c/o Peebles, POB 41067, Norfolk VA 23541 |
| 517248832 | + | EDI: JEFFERSONCAP.COM | Feb 12 2021 01:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

Case 17-34446-JNP    Doc 34    Filed 02/13/21    Entered 02/14/21 00:22:10    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: 3180W | Total Noticed: 52 |

| 517322804 | | EDI: Q3G.COM | | | |
|---|---|---|---|---|---|
| | | | | Feb 12 2021 01:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517212179 | + | EDI: CBS7AVE | | | |
| | | | | Feb 12 2021 01:43:00 | Swiss Colony/Ashro, 1515 S. 21st St, Clinton, IA 52732-6676 |
| 517212180 | + | EDI: CBS7AVE | | | |
| | | | | Feb 12 2021 01:43:00 | Swiss Colony/Montgomer, 1515 S 21st St., Clinton, IA 52732-6676 |
| 517237392 | + | Email/Text: electronicbkydocs@nelnet.net | | | |
| | | | | Feb 11 2021 22:10:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 517212183 | + | EDI: BLUESTEM | | | |
| | | | | Feb 12 2021 01:43:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517212147 | *+ | AES/NCT, PO Box 61047, Harrisburg, PA 17106-1047 |
| 517212159 | * | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 517212161 | *+ | Dept Of Ed/Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 517212163 | *+ | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517212166 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081 |
| 517212165 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518429701 | *P+++ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517212150 | ## | C & H Collection Serivces, Inc, Po Box 1399, Merchantville, NJ 08109-0399 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Feb 11, 2021 | Form ID: 3180W | Total Noticed: 52

|  |  |
|---|---|
|  | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Earnestine Williams mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Emerson O. Williams  Sr. mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7